Richard D. Buckley, Jr. (SBN 190431)
Paul A. Rigali (SBN 262948)
**ARENT FOX LLP**
555 West Fifth Street, 48th Floor
Los Angeles, CA 90013-1065
Telephone: 213.629.7400
Facsimile: 213.629.7401

Attorneys for Third Party Plaintiffs ANSCHUTZ ENTERTAINMENT GROUP, INC. and OLYMPIC AND GEORGIA PARTNERS, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KALEN OCKERMAN, aka Mear One, an individual; JASON HAILEY, aka Chor Boogie, an individual; DAVID LEW, aka Shark Toof, an individual; L.A. ART MACHINE, a California limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>ANSCHUTZ ENTERTAINMENT GROUP, INC., a corporation; OLYMPIC AND GEORGIA PARTNERS, LLC, a limited liability company; and DOES 1-10;<br><br>Defendants. | Case No. CV11-9422 SS<br><br>[~~PROPOSED~~] ORDER DISMISSING THIRD PARTY COMPLAINT, WITH PREJUDICE<br><br>(Hon. Suzanne H. Segal) |
| ANSCHUTZ ENTERTAINMENT GROUP, INC., a Delaware corporation; OLYMPIC AND GEORGIA PARTNERS, LLC, a Delaware limited liability company,<br><br>Third Party Plaintiffs,<br><br>v.<br><br>THE FINE ARTS DEALERS ASSOCIATION, a California corporation, **also known as** LOS ANGELES ART SHOW 2011; and ROES 1 to 25,<br><br>Third Party Defendants. | Complaint filed: November 14, 2011 |

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

[PROPOSED] ORDER DISMISSING THIRD PARTY COMPLAINT, WITH PREJUDICE
CV11-9422 SS

-1-

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) and the "Stipulation to Dismiss Third Party Complaint, With Prejudice" filed by third party plaintiffs Olympic and Georgia Partners, LLC ("OGP") and Anschutz Entertainment Group, Inc. ("AEG") on August 12, 2013, the court hereby ORDERS that the Third Party Complaint filed herein by OGP and by AEG against third party defendant The Fine Arts Dealers Association aka Los Angeles Art Show 2011 is DISMISSED WITH PREJUDICE.

As a result of the foregoing dismissal, and in light of the previous dismissal of the above-captioned plaintiffs' Complaint against OGP and AEG on April 15, 2013, the above-captioned lawsuit is DISMISSED in its entirety.

DATED: 8/15/13

*[signature]*
HONORABLE SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

ARENT FOX LLP
ATTORNEYS AT LAW
LOS ANGELES

-2-

[PROPOSED] ORDER DISMISSING THIRD
PARTY COMPLAINT, WITH PREJUDICE
CV11-9422 SS

LA/1504507.1